# EXHIBIT A

## CLEAN IRREVOCABLE UNCONDITIONAL LETTER OF CREDIT

Letter of Credit No.: 6478

Issue Date: October 16, 2017

To Beneficiary: STARR INDEMNITY & LIABILITY COMPANY
399 Park Ave
8th Floor
New York, NY 10022

Attention: Credit

Applicant: GKD Management LP dba
A&G Commercial Trucking
P.O. Box 229
Ashland MO 65010

We have established this clean, irrevocable and unconditional Letter of Credit in your favor as Beneficiary for drawings up to an aggregate of U.S. $950,000.00 effective immediately. This Letter of Credit is issued, presentable and payable at our office at Midwest Mortgage Associates Corporation, 5333 N Union Blvd, Ste 100, Colorado Springs, CO 80918 and expires with our close of business on October 15, 2018. Except when the amount of this Letter of Credit is increased, this Credit cannot be modified or revoked without the consent of each Beneficiary.

The term "Beneficiary" includes any successor by operation of law of the named beneficiaries including, without limitation, any such liquidator, rehabilitator, receiver or conservator. Drawings by any liquidator, rehabilitator, receiver or conservator shall be for the benefit of all of the Beneficiary's policyholders.

We hereby warrant to you and undertake to promptly honor a Beneficiary's sight draft(s) drawn on us indicating our Letter of Credit No. 6478 for all or any part of this Credit upon presentation of a Beneficiary's sight draft(s) drawn on us (substantially in the form of the attached Exhibit A-1) at our office specified in paragraph one above on or before the expiration date hereof or any automatically extended expiration date as set forth below.

Except as expressly stated herein, this undertaking is not subject to any agreement, requirement, condition or qualification. The obligation of Midwest Mortgage Associates Corporation, 5333 N Union Blvd, Ste 100, Colorado Springs, CO 80918 under this Letter of Credit is the individual obligation of Midwest Mortgage Associates Corporation, 5333 N Union Blvd, Ste 100, Colorado Springs, CO 80918 and is in no way contingent upon reimbursement with respect thereto, or upon our ability to perfect any lien, security interest or any other reimbursement.

This Letter of Credit is deemed to be automatically extended without amendment for one (1) year from the expiration date hereof or any future expiration date, unless sixty (60) days prior to such expiration date, we notify you by regular mail and registered mail at the above address, "Attention: Credit" that this Letter of Credit will not be renewed for any such additional period, and we simultaneously and in the same manner provide a copy of such notice to you at the above address, "Attention: General Counsel."

This Letter of Credit is subject to and governed by the Uniform Customs and practice for Documentary Credits (2007 Revision) International Chamber of Commerce Publication 600 ("UCP 600") and the laws of the State of New York, and in the event of any conflict, the laws of the State of New York will control. If this Credit expires during an interruption of business as described in Article 36 of UCP 600, the bank hereby specifically agrees to effect payment if this Credit is drawn against within 30 days after the resumption of business. No suit or action shall be commenced under this Letter of Credit other than in a court of competent jurisdiction in the State of New York, and the parties hereto irrevocably and unconditionally submit to the exclusive jurisdiction of such court.

Midwest Mortgage Associates Corporation (NMLS 1043976)
303 N Stadium Blvd, Ste 200
Columbia MO 65202

By: _____
Its duly authorized officer
Ross Kulik, Vice President, Missouri Market Manager
573-303-3844