# EXHIBIT B



399 Park Ave 3rd Floor
New York, NY  10022
t: (646) 227-6300
starrcompanies.com

EXHIBIT A-1
SIGHT DRAFT

April 14, 2025

FOR VALUE RECEIVED
Pay on Demand to Starr Indemnity & Liability Company
U.S: One Hundred Fifty Eight Thousand Seven Hundred Forty Two Dollars & Five Cents (U.S. $158,742.05)
Charge to account of:  GKD Management LP dba A&G  Commercial Trucking
Drawn under Clean Irrevocable Unconditional Letter of Credit No. 6478

TO:   Midwest Mortgage Associates Corporation
      5333 N Union Blvd, Ste 100,
      Colorado Springs, CO 80918

Attn:  Standby Letter of Credit Unit

The sum drawn does not exceed the difference between (i) the maximum aggregate amount to be drawn
under the Letter of Credit less (ii) the aggregate amount of all previous drawings made under the Letter of
Credit.

Please remit payment to the following address:

      Starr Indemnity & Liability Company
      JPMorgan Chase Bank
      ACH: 780776776
      ABA: 021000021
      One Chase Manhattan Plaza
      New York, NY 10005

In case you have any questions, please contact Marykay. Auman@ starrcompanies.com or at 347-254-2566

John Laubach
Vice President, Credit Officer
Starr Indemnity & Liability Company

 STARR COMPANIES

399 Park Ave 3rd Floor
New York, NY 10022
t: (646) 227-6300
starrcompanies.com

April 14, 2025

TO: Midwest Mortgage Associates Corporation
5333 N Union Blvd, Ste 100,
Colorado Springs, CO 80918

Attn: Standby Letter of Credit Unit

Re: Letter of Credit Partial Draw Down

Letter of Credit No.        6478
Applicant:                 GKD Management LP dba A&G Commercial Trucking
Letter of Credit amount: $950,000.00
Letter of Credit Draw:     $158,742.05

To Whom It May Concern,

This request is to drawdown $158,742.05 USD from Letter of Credit No. 6478 issued for the benefit of Starr Indemnity & Liability Company from the applicant, GKD Management LP dba A&G Commercial Trucking.

The effective date of the drawdown should be no later than April 14, 2025. Please wire all funds to:

Starr Indemnity & Liability Company,
c/o JPMorgan Chase Bank,
ACH: 780776776
ABA: 021000021,
One Chase Manhattan Plaza,
New York, NY 10005.

John Laubach
Vice President, Credit Officer
Starr Indemnity & Liability Company