UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
STARR INDEMNITY & LIABILITY
COMPANY,

          Plaintiff,

     -v-

MIDWEST MORTGAGE ASSOCIATES
CORPORATION,

          Defendant.
```

25-cv-4874 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

This dispute concerns competing interpretations of a Letter of Credit ("LOC") issued by defendant Midwest Mortgage Associates Corporation in 2017, with plaintiff Starr Indemnity listed as the beneficiary.

In April 2025, Starr Indemnity attempted to draw upon the LOC. Midwest Mortgage rejected the draw, asserting that the LOC had expired on October 16, 2022. Starr Indemnity sued in response, arguing that the LOC had continued to renew annually without termination. The parties then cross-moved for summary judgment. See ECF Nos. 32, 37, The Court held oral argument on December 8, 2025.

After careful consideration, the Court grants Midwest Mortgage's motion for summary judgment and denies Starr Indemnity's motion for summary judgment. An Opinion explaining the

1

reasons for this ruling will issue in due course, at which time judgment will be entered.

SO ORDERED.

New York, NY
December ___15___, 2025

_____
JED S. RAKOFF, U.S.D.J.