# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

STARR INDEMNITY & LIABILITY COMPANY,

                        Plaintiff,                                        25 **CIVIL** 4874 (JSR)

          -against-                                       **JUDGMENT**

MIDWEST MORTGAGE ASSOCIATES
CORPORATION,

                        Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated January 21, 2026, the Court re-confirms its earlier Order, grants Midwest's motion for summary judgment, and denies Starr's cross-motion; accordingly, the case is closed.

**Dated:** New York, New York

         January 22, 2026

                                          **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**